UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR T. ARBOLEDA,<br><br>        Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>        Respondent.<br>                                        / | No. C 13-5012 SI (pr)<br><br>**ORDER OF TRANSFER** |

Petitioner, who was convicted in Alameda County Superior Court and now is incarcerated at the Folsom State Prison, has filed a petition for writ of habeas corpus in which he challenge the Board of Parole Hearings' decision finding him unsuitable for parole. The petition challenges the execution of his sentence. The prison at which petitioner is incarcerated is in Sacramento County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is now confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: February 3, 2014

                                                              SUSAN ILLSTON<br>
                                          United States District Judge